UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:10-CV-00389-BR

| | | |
|---|---|---|
| JAMIE PHILLIPS, | ) | |
| | ) | |
| Plaintiff | ) | ORDER |
| | ) | |
| v. | ) | |
| SUNTRUST MORTGAGE, INC., | ) | |
| LITTON LOAN SERVICING, LP, | ) | |
| | ) | |
| Defendants | ) | |

This matter is before the court on defendants' motions to dismiss. In response, plaintiff filed an amended complaint. This amended complaint supersedes the original complaint, see Young v. City of Mount Ranier, 238 F.3d 567, 573 (4th Cir. 2001) ("The general rule . . . is that an amended pleading supersedes the original pleading, rendering the original pleading of no effect."), to which the motions to dismiss were directed. Defendants' motions are DENIED as moot, without prejudice to re-file.

This 28 October 2010.

_____
W. Earl Britt
Senior U.S. District Judge